COPY FILED

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 3-2SC 159    2015 JAN -6 PM

**Plaintiff(s):** David E. Mack
**Address:** 7720 McCallum Blvd. #2099
Dallas    Texas    75252    972-735-9642
City    State    Zip    Phone

VS.

**Defendant(s):** Midland Credit Management, Inc.
**Address:** 8875 Aero Drive, Suite 200
San Diego    CA    92123    800-825-8131
City    State    Zip    Phone

JUSTICE COURT
PCT 3 PL 2
COLLIN COUNTY, TEXAS
IN THE JUSTICE COURT

JUSTICE OF THE PEACE
PRECINCT 3-2

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is: _Plaintiff received a call on his wireless phone on January 9, 2013 at 11:26 AM from the Defendant who used ATDS capable equipment to call his wireless phone no. 682-560-1675 from 877-237-0512 without Plaintiff's express consent to do so in violation of 47 U.S.C. § 227 or Texas Business and Commerce Code Ann. § 305.053. Defendant failed to identify itself as a debt collector and the purpose of its call when it called in violation of 15 U.S.C. § 1692d and/or 1692d(6) and § 1692e(11)._

**RELIEF:** Plaintiff seeks damages in the amount of $ _2500_ , and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action including but not limited to, any attorney's fees._

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company 211 E. 7th St._
_Austin, TX 78701_

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

David E. Mack
Petitioner's Printed Name

Signature of Plaintiff or Attorney
7720 McCallum Blvd. #2099
Address of Plaintiff or Attorney

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: _800-825-8131_

Dallas    Texas    75252
City    State    Zip
972-735-9642
Phone Number/Fax Number